

Matta ZEINALI, Plaintiff-Appellant,

v.

Michael PENSE, Defendant-Appellee.

No. 17-1085

United States Court of Appeals,
Fourth Circuit.

Submitted: September 28, 2017

Decided: November 29, 2017

Morris E. Fischer, LAW OFFICE OF MORRIS E. FISCHER, LLC, Silver Spring, Maryland, for Appellant. Brian E. Frosh, Attorney General of Maryland, Robert A. Scott, Assistant Attorney General, Baltimore, Maryland, for Appellee.

Before AGEE, FLOYD, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matta Zeinali appeals the district court's order granting the Defendant's motion for summary judgment and dismissing Zeinali's employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Zeinali v. Pense*, No. 1:15-cv-01599-MJG, 2016 WL 7374511 (D. Md. Dec. 20, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

Adrin Kentral ROME, Plaintiff-Appellant,

v.

HAMPTON ROADS REGIONAL JAIL, Correctional Officers; Sgt. Frey, Correctional Officer; Sgt. Mack, Correctional Officer, Defendants-Appellees.

No. 17-6760

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2017

Decided: November 29, 2017

Adrin Kentral Rome, Appellant Pro Se.

Before GREGORY, Chief Judge, and MOTZ and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Adrin Kentral Rome appeals the district court's order dismissing his amended 42 U.S.C. § 1983 (2012) civil rights action under 28 U.S.C. § 1915A(b)(1) (2012) for